■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME LOAIZA, Appellant. [610 NYS2d 869] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated September 28, 1987 *(People v Loaiza,* 133 AD2d 469), affirming a judgment of the County Court, Suffolk County, rendered October 3, 1985, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Balletta, Joy and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MARTINEZ, Also Known as DAVID COLON, Appellant. [610 NYS2d 869] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered June 5, 1991, convicting him of criminal trespass in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in failing to instruct the jury on the defense of justification. However, the defense counsel never requested such a charge. Therefore, the issue is not preserved for appellate review. Under the facts and circumstances of this case, we decline to exercise our interest of justice jurisdiction to review the issue *(see, People v Hodne,* 197 AD2d 591; *People v Edwards,* 172 AD2d 556; *People v Falco,* 130 AD2d 762). Thompson, J. P., Copertino, Pizzuto and Santucci, JJ., concur.